# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RICHARD JOHNSON, | : | |
| Plaintiff, | : | Hon. Joseph H. Rodriguez |
| vs. | : | Case Action No. 1:20-cv-02450 |
| WAL-MART STORES EAST, LP et al | : | **ORDER** |
| Defendants. | : | |

This matter having come before the Court by way of Plaintiff's Motion to Remand [Dkt. No. 5]; and the Court having considered the written submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS on this 17th day of June 2020 hereby

ORDERED that Plaintiff's Motion to Remand [Dkt. No. 5] is DENIED.

    /s/ Joseph H. Rodriguez
Hon. Joseph H. Rodriguez,
UNITED STATES DISTRICT JUDGE